IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BERKELEY BANK & TRUST** | |
| **Plaintiff** | **CIVIL NO: 3:22-cv-01653** |
| vs. | **DECLARATORY JUDGMENT** |
| **BANCREDITO INTERNATIONAL BANK & TRUST** | |
| **Defendant** | |

## MOTION FOR VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT**

**COMES NOW** Berkeley Bank & Trust, (hereinafter Berkeley") by and through its attorneys and respectfully state:

1. The plaintiffs and the defendants have entered into a private and confidential Settlement Agreement that puts an end to this civil action.

2. The Settlement Agreement provides that this Honorable Court shall retain jurisdiction over the Parties to enforce the terms and conditions of the Settlement Agreement, should one of the Parties breach any of its obligations thereunder.

3. Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the plaintiffs respectfully move to voluntarily dismiss the present action, each party will bear its own costs, expenses, and attorney's fees.

**WHEREFORE**, the parties of the above-captioned suit respectfully request that this Honorable Court enter judgment dismissing with prejudice the Complaint pursuant to the stipulation for voluntary dismissal included herein and Fed.R.Civ.P. 41(a)(1)(A)(i).

Stipulation for Voluntary Dismissal
Civil No. 22-01653
Page 2

Respectfully Submitted

I hereby certify that this document was filed on this same date using the CM/ECF system, which will send notification of filing to all counsel of record.

In San Juan, Puerto Rico, this 3rd day of April 2023.

        s/Harold D. Vicente-Colón
        Harold D. Vicente-Colón, Esq.
        USDC-PR   211805
        e-mail: hdvc@vc-law.net
        **Vicente & Cuebas**
        PO Box 11609
        San Juan, PR 00910-1609
        Tel. (787) 751-8000
        Fax: (787) 756-5250
        Counsel for Plaintiff