IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BERKELEY BANK & TRUST,<br><br>    **Plaintiff,**<br><br>              v.<br><br>BANCREDITO INTERNATIONAL BANK AND TRUST CORPORATION,<br><br>    **Defendant.** | CIVIL NO. 22-1653(JAG) |

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 19, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, April 4, 2023.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE